■ In the Matter of Christine L.M., Respondent, v Wlodek K., Appellant. (Appeal No. 1.) [844 NYS2d 925]—Appeal from an

order of the Family Court, Oneida County (James R. Griffith, J.), entered May 18, 2006 in a proceeding pursuant to Family Court Act article 4. The order committed respondent to the Oneida County Jail for a term of three weeks and directed that respondent may purge himself of the commitment by paying $10,000 to the Oneida County Support Collection Unit.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see Matter of Vallone v Vallone* [appeal No. 1], 5 AD3d 1092 [2004]; *see also Matter of McDowell v Domenech*, 31 AD3d 554 [2006]). Present—Gorski, J.P., Smith, Centra, Lunn and Peradotto, JJ.